Lynn V. Rivera, Esq. (State Bar No. 196602)
lrivera@zellaw.com
**ZELMS ERLICH LENKOV LLP**
20920 Warner Center Lane, Suite B
Woodland Hills, California 91367
Telephone: (480) 608-2114
Facsimile:  (818) 279-2550

*Attorneys for Defendants*
Citizen Hotel, Aimbridge Hospitality, LLC,
Marriott Bonvoy Boutiques, LLC
and Marriott International, Inc.

# UNITED STATES DISTRICT COURT

## STATE OF CALIFORNIA, EASTERN DISTRICT

| | |
|---|---|
| E.D, an individual minor by and through his guardian ad litem CATHLEEN ANN MAGORIEN; and CATHLEEN ANN MAGORIEN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> THE CITIZEN HOTEL, an entity form unknown; AIMBRIDGE HOSPITALITY, LLC, a limited liability company; MARRIOTT BONVOY BOUTIQUES, LLC, a limited liability company; MARRIOTT INTERNATIONAL, INC., a corporation, and DOES 1 to 50, Inclusive, <br><br> Defendants. | Case No.: 2:25-cv-01062-JAM-JDP <br> *Assigned to Judge: John A. Mendez* <br> *Magistrate Judge: Jeremy D. Peterson* <br><br> **STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINES** <br><br> Action Filed:  04/09/2025 <br> Trial Date:    None Yet Set |

COMES NOW the Parties to this action and request an extension of the discovery deadlines for ninety days.  To date, the Parties have acted diligently in discovery and exchanged Disclosures, deposed the Plaintiff, and have responded to written discovery. There has been a delay in producing confidential business records which are necessary to conduct further discovery. The Parties intend to conduct further discovery including Defendants and employee

depositions, a site inspection and expert discovery. The Parties have good cause for the 90-day extension of the discovery deadlines because Plaintiff's injuries are complex and medical records and confidential business records are still being received.

Additionally, Plaintiffs filed a Motion for Leave to Amend the Complaint, which the court took under submission without oral argument on January 27, 2026, and the court's ruling may require a remand back to state court but there has been no ruling on the motion yet.

Pursuant to Local Rule 143, this stipulation is made in good faith and not for purposes of delay. Based on the foregoing, the Parties respectfully request that the Court grant their joint request to extend the discovery deadlines, as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Last day to make Initial Expert Disclosures | 4/3/26 | 7/2/26 |
| Last Day to make Supplemental Disclosure | 4/17/26 | 7/16/26 |
| Last Day to Conduct Discovery | 5/29/26 | 8/28/26 |

**IT IS SO STIPULATED AND AGREED.**

///

///

///

///

///

///

///

///

///

///

DATED:  March 10, 2026          **ZELMS ERLICH LENKOV**

/s/ *Lynn Rivera*

Lynn V. Rivera, Esq.
*Attorneys for Defendants*
Citizen Hotel, Aimbridge Hospitality, LLC,
Marriott Bonvoy Boutiques, LLC, and
Marriott International, Inc.


**LOS ANGELES CITY LAW**

/s/ _____

Nanette Reed, Esq.
*Attorneys for Plaintiffs*
E.D. an individual Minor by and through
his guardian ad litem Cathleen Ann
Magorien, and Cathleen Ann Magorien, an
individual

## ORDER ON STIPULATION

Good Cause Appearing, the Court grants the stipulation and **EXTENDS** the discovery deadlines by 90 days. Initial Expert Disclosures are now due on **July 2, 2026**, Rebuttal Expert Disclosures are now due **July 16, 2026**, and the discovery cut-off is now **August 28, 2026**.

IT IS SO ORDERED.

Date: March 18, 2026

_____

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

- 1 -

Case No. 2:25-cv-01062-JAM-JDP

Case No. 2:25-cv-01062-JAM-JDP

# UNITED STATES DISTRICT COURT

## STATE OF CALIFORNIA, EASTERN DISTRICT

## CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 20920 Warner Center Lane, Suite B, Woodland Hills, California 91367.

On March 10, 2026, I served true copies of the following document(s) described as: STIPULATION AND PROPOSED ORDER EXTENDING DISCOVERY DEADLINES, on the interested parties in this action as follows:

| | |
|---|---|
| Nanette Reed, Esq.<br>LOS ANGELES CITY LAW, APLC<br>7961 West 3rd Street<br>Los Angeles, CA 90048<br>Telephone: (424) 204-9914<br>Facsimile: (866) 241-0758<br>lit@lacitylaw.com<br>nanette@lacitylaw.com<br>susi@lacitylaw.com<br>frank@lacitylaw.com<br>evandiazz11608911@lacitylaw.filevineapp.com | *Attorneys for Plaintiffs*<br>*E.D., an individual Minor by and through his guardian ad litem Cathleen Ann Magorien, and Cathleen Ann Magorien, an individual* |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically transmitted the document(s) or filed with the Clerk of the Court or using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.   Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 10, 2026, at San Diego, California.

*/s/ Bertha Munoz*

Bertha Muñoz

- 3 -                          Case No. 2:25-cv-01062-JAM-JDP